No. 198. COX *v.* COMMISSIONER OF INTERNAL REVENUE; and
No. 199. CHILDERS *v.* SAME. October 14, 1940. Petition for writs of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Robert Stone* and *Ellis D. Bever* for petitioners. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall*

*Key, J. Louis Monarch, Joseph M. Jones,* and *Richard H. Demuth* for respondent. Reported below: 110 F. 2d 934.